UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SARAH A. OULTON, SARAH A. OULTON on behalf of the ESTATE OF DONALD PAUL OULTON, and SARAH A. OULTON on behalf of THE ESTATE OF CAROL JANE OULTON,<br><br> Plaintiffs,<br><br> v.<br><br>CAROL B. HLADICK, ANDREW HLADICK, NANCY J. WILLIAMS, DAVID P. OULTON, KEOUGH + SWEENEY, LTD., ATTORNEY JEROME V. SWEENEY II, ATTORNEY JEROME V. SWEENEY III, individually and in his capacity as Registered Agent of Keough + Sweeney, Ltd., ATHENA HEALTH CARE SYSTEMS MA III LLC, d/b/a MARLBOROUGH HILLS HEALTHCARE CENTER, COLONIAL HEALTH GROUP-WESTRIDGE, LLC d/b/a MARLBOROUGH HILLS HEALTHCARE CENTER, MICHAEL B. LINCOLN, GINA M. QUEIROS, ANDREA B. EDWARDS, DONNA DELCID, KAREN M. SPERONI, CHRISTINE A. FRENCH, DENISE STEPHENSON, SAUDA MATOVU, VINAY KUMAR, M.D., DENNIS R. BROWN, P.C., ATTORNEY DENNIS R. BROWN, individually and in his capacity as Registered Agent of Dennis R. Brown, P.C., ATTORNEY LISA A. VECCHIO, MIRICK, O'CONNELL, DEMALLIE & LOUGEE, LLP, ATTORNEY JOHN O. MIRICK, ATTORNEY JASON J. PORT, ATTORNEY ARTHUR P. BERGERON, THE JOWDY GROUP, INC., FREEDOM HOMES REALTY, LAW OFFICE OF PHILIP C. BROWN, ESQ., ATTORNEY PHILIP C. BROWN, individually and in his capacity as owner of Law Office of Philip C. Brown, Esq., CYNTHIA BRACCIALE, JOHN EVERETT & SONS, INC., SUSAN DAVIS, MAUREEN REEVE, PLOURDE, BOGUE, MOYLAN & MARINO, LLP now known as BOGUE, MOYLAN & MARINO, LLP, ATTORNEY THOMAS J. MOYLAN, individually | CASE NO. 1:17-cv-11343 |

and in his capacity as Registered Agent of Plourde, Bogue, Moylan & Marino, LLP, ATTORNEY MELISSA L. CURLEY, THE LAW OFFICE OF DEBORAH C. MASTERSON also known as DEBORAH C. MASTERSON, ATTORNEY AT LAW, ATTORNEY DEBORAH C. MASTERSON, individually and in her capacity as Owner of The Law Office of Deborah Masterson, WINSTON LAW GROUP, LLC, and ATTORNEY MICHAEL COUTURE,

   Defendants.

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441

  Defendants Keough & Sweeney, Ltd, and Jerome V. Sweeney, III (hereinafter collectively the "Sweeney Defendants") file this Notice of Removal to the United States District Court for the District of Massachusetts from Middlesex County Superior Court, Trial Court for the Commonwealth of Massachusetts, and state the following in support of this Notice of Removal:

1. The Plaintiff, Sarah Oulton, (hereinafter "Oulton") is an individual who purports to have a mailing address of P.O. Box 888 in Agawam, Massachusetts. Oulton has brought this action in her individual capacity and on behalf of the Estates of her parents, Donald Paul Oulton and Carol Jane Oulton. On December 24, 2015, Oulton filed her Original Verified Complaint in the Hampden County Superior Court, captioned *Sarah A. Oulton, et. al. v. Carol B Hladick, et. al.* docket number 1579CV00917. A copy of the Original Verified Complaint is attached hereto as Exhibit A. The Original Verified Complaint did not state a cause of action providing for a basis for removal under 28 U.S.C. § 1441.

2. On July 18, 2016, the Sweeney Defendants were served with a summons and a copy of Oulton's Original Complaint. Copies of the Summonses are attached hereto as Exhibit B.

3. On or around August 15, 2016, the case was transferred to the Middlesex County Superior Court and docketed under number 1681CV02786.

4. On March 10, 2017, Oulton filed an Amended Verified Complaint, attached hereto as Exhibit C. As demonstrated therein, the Amended Complaint consists of 2,406 paragraphs of allegations against sixty-six (66) defendants, spanning 805 pages and twenty-eight individual counts. The Amended Complaint was accompanied by 297 exhibits spanning 1,618 pages.

5. On August 30, 2016, the undersigned defendants joined in the motion to dismiss filed on behalf of defendant Attorney Deborah C. Masterson. That motion is attached hereto as Exhibit D. As discussed therein, the size and apparent verbosity of the Amended

Complaint rendered it impossible for the Defendants to ascertain the nature and scope of the Plaintiff's allegations.

6. Following a hearing before the Middlesex Superior Court on April 25, 2017, the Honorable Peter Krupp granted the motion to dismiss Oulton's Amended Complaint. See order attached hereto as Exhibit E.

7. On June 20, 2017, Oulton filed a Second Amended Verified Complaint with the Middlesex County Superior Court in Woburn Massachusetts. See Exhibit F. In filing her Second Amended Complaint, Oulton reduced her allegations to 607 individually numbered paragraphs, spanning 125 pages. The Second Amended Complaint contains eleven counts against thirty-nine defendants. Count One of the Second Amended Verified Complaint raises allegations under the Racketeering Influenced and Corrupt Organizations Act ("RICO") codified within 18 U.S.C. § 1962(c).

8. This Notice of Removal is being filed in the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. 1446(b), as the Second Amended Verified Complaint was the first pleading that provided a basis for removal.

9. This action is removable to this Court pursuant to 28 USC § 1441 because the Plaintiff's Second Amended Complaint alleges violations of RICO. Therefore this court has proper jurisdiction pursuant to 28 U.S.C. § 1331 and supplemental subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

10. This Notice of Removal is being filed within thirty (30) days of receipt of the Second Amended Verified Complaint in accordance with 28 U.S.C. §1446(b).

11. Although not yet adopted by the First Circuit, the Revival Exception to §1446(b) provides an alternative and additional basis for removal. See Geovantage, Inc. v. SimWright, Inc., 2014 WL 183667 at *1 (D. Mass 2014) and cases cited therein.

12. All other defendants have consented the removal of this action.

13. Exhibits A-C and E-F constitute all the process, pleadings and orders received by the Sweeney Defendants to date.

14. A notice of filing of this Notice of Removal and a true copy of this Notice of Removal will be filed with the Clerk of Middlesex Superior Court, Trial Court for the Commonwealth of Massachusetts, as required by 28 U.S.C. §1446(d).

15. Pursuant to Local Rule 81.1(A), DCA, the Sweeney defendants shall request of the Clerks for the Middlesex County Superior Court Trial Court and the Hampden County Superior Court for the Commonwealth of Massachusetts, certified copies of all records and proceedings in those courts and certified or attested copies of all docket entries therein, and shall file the same with this Court within twenty-eight (28) days after the filing of this Notice of Removal.

WHEREFORE, Defendants Keough & Sweeney, Ltd, and Jerome V. Sweeney, III, respectfully request that said action now pending before the Middlesex County Superior Court, Trial Court for the Commonwealth of Massachusetts, be removed to the United States District Court for the District of Massachusetts.

                                      Respectfully submitted,

                                      Keough & Sweeney, Ltd, and
                                      Jerome V. Sweeney, III

                                      By  Their Attorneys,

                                      /s/ *Colin T. Barrett*
                                      Doyle C. Valley, BBO #638578
                                      dvalley@morrisonmahoney.com
                                      Colin T. Barrett, BBO #690726
                                      cbarrett@morrisonmahoney.com
                                      MORRISON MAHONEY LLP
                                      250 Summer Street
                                      Boston, MA 02210-1181
                                      Phone:     617-439-7500
                                      Fax:        617-342-4869

**Assented-To By:**

| *Defendants, Athena Health Care Systems MA III LLC d/b/a Marlborough Hills Healthcare Center* | *Defendants, Colonial Health Group – Westridge, LLC d/b/a Marlborough Hills Healthcare Center, Michael B. Lincoln, Gina M. Queiros, Andrea B. Edwards, Donna Delcid, Karen Speroni, Christine French, Denise Stephenson, Sauda Matouvu, and Vinay Kumar, M.D.,* |
|---|---|
|    s// Joseph Desmond<br>Joseph Desmond, Esq.<br>Justin Amos, Esq.<br>Morrison Mahoney LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500<br>jdesmond@morrisonmahoney.com<br>jamos@morrisonmahoney.com |    /s/ William J. Fidurko<br>William J. Fidurko, Esq.<br>Tucker, Saltzman, Dyer & O'Connell, LLP<br>50 Congress Street<br>Boston, MA 02109<br>(617) 986-6220<br>fidurko@tsd-lawfirm.com |

*Defendants, Dennis R. Brown, P.C. Attorney Dennis R. Brown, and*
*For the Defendant, Lisa Vecchio*

   s// Courtney A. Longo
Kenneth B. Walton, Esq.
Courtney A. Longo, Esq.
Lewis Brisbois Bisgaard & Smith LLP
One International Place
Boston, MA 02110
(857) 313-3950
*ken.walton@lewisbrisbois.com*
*courtney.longo@lewisbrisbois.com*

*Defendants, Mirick O'Connell Demallie & Lougee LLP, Attorney John O. Mirick, Attorney Jason A. Port, and Attorney Arthur P. Bergeron,*

   /s// John O. Mirick
John O. Mirick, Esq.
Mirick, O'Connell, Demallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
(508) 860-1550
*jmirick@mirickoconnell.com*

*Defendant, Cynthia Bracciale,*

 /s/  Thomas W. Beliveau
Thomas W. Beliveau, Esq.
Fuller, Rosenberg, Palmer & Beliveau, LLP
339 Main Street
Worcester, MA 01608
(508) 755-5225
*tbeliveau@frpb.com*

*Defendants, Law Office of Philip C. Brown, Esq. and Attorney Philip C. Brown,*

   s// Philip C. Brown
Philip C. Brown, Esq.
Law Office of Philip C. Brown, Esq.
615 Concord Street
Framingham, MA 01702
(774) 292-9799
*philipbrownlaw@gmail.com*

*Defendants, John Everett & Sons Funeral Home, Susan Davis, Maureen Reeve,*

   /s/  Jeffrey L. McCormick
Jeffrey L. McCormick, Esq.
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
(413) 732-2301
*jmccormick@robinsondonovan.com*

*Defendants, Winston Law Group, LLC, and Attorney Michael Couture,*

     /s/   Scott D. Burke
Scott Burke, Esq.
Matthew Gallagher, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500
*sburke@morrisonmahoney.com*
*mgallagher@morrisonmahoney.com*

5

1231094v.2

*For Defendants, Plourde Bogue Moylan & Marino LLP, Attorney Thomas Moylan, and Attorney Melissa Curley,*

    <u>/ss/ Thomas J. Moylan</u>
Thomas J. Moylan, Esq.
Melissa Curley, Esq.
Plourde, Bogue, Moylan + Marino LLP
50 Exchange Terrace, Suite 320
Providence, RI 02903
(401) 453-0550
*tmoylan@pbmmlegal.com*
*mcurley@pbmmlegal.com*

*Defendants, The Jowdy Group, Inc.,*

    <u>/s/ Stephen J. Duggan</u>
Stephen J. Duggan, Esq.
J. William Chamberlain, Jr. Esq.
Lynch & Lynch
45 Bristol Drive
South Easton, MA 02375
(508) 230-2500
*sduggan@lynchlynch.com*
*bchamberlain@lynchlynch.com*

*For Defendants, The Law Office of Deborah Masterson and Attorney Deborah Masterson*

  <u>s// Barton E. Centauro</u>
Harvey Weiner. Esq.
Barton E. Centauro, Esq.
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
(617) 951-2100
*hweiner@peabodyarnold.com*
*bcentauro@peabodyarnold.com*

*For Defendant,*
*Vinay Kumar, M.D.*

  <u>s// Chad P. Brouillard</u>
Chad P. Brouillard, Esq.
Andrew F. Newton, Esq.
Foster & Eldridge
One Canal Park, Suite 2100
Cambridge, MA 02141
*cbrouillard@fosteld.com*
*anewton@fosteld.com*

*For Defendants,*
*Carol B. Hladick, Andrew Hladick,*
*Nancy J. Williams, and David P. Oulton*

  <u>s// David D. Dishman</u>
David Denison Dishman, Esq.
David D. Dishman, PC
224 Lewis Wharf
Boston, MA 02110
(617) 523-5252
*david@dishmanlaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 21, 2017

 /s/ *Colin T. Barrett*
_____