TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT – MOTOR VEHICLE TORT – CONTRACT – EQUITABLE RELIEF – OTHER

6299

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss
SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.

Sarah A. Oulton and Sarah A. Oulton on behalf of estate of Carol Oulton v. and estate of Donald Oulton, PLAINTIFF(S)

SUMMONS

Carol Hladick et al, DEFENDANT(S)

To the above named defendant: Keough + Sweeney LTD

You are hereby summoned and required to serve upon Sarah A. Oulton, plaintiff's attorney, whose address is 64 Dunbray Rd Springfield, MA 01119, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esq., at Springfield the 11th day of July 2016 in the year of our Lord two thousand sixteen!

Laura S. Gentile, Esquire
CLERK OF COURTS

A TRUE COPY ATTEST

DEPUTY SHERIFF

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on __7-18__, 20__16__, I served a copy of the within summons, together with a copy of the complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

PAT CAMPBELL
41 MENDON AVE. PAWT
LAW OFFICE

Dated: __7/18__, 20__16__

N.B. TO PROCESS SERVER:
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( _____ )
( __7-18__, 20__16__ )
( _____ )

R. Naidolillo #25
DEPUTY SHERIFF

6298

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED:
TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER

## COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

SUPERIOR COURT
DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION NO.

SARAH A. OUTTON and SARAH A. OUTTON, PLAINTIFF(S)
on behalf of estate of Carol Outton and estate
v.  of Donald Outton

SUMMONS

Carol Hladik et Al _____, DEFENDANT(S)

To the above named defendant: Jerome Sweeney III

You are hereby summoned and required to serve upon SARAH A. OUTTON
plaintiff's attorney, whose address is 64 Danbury Rd. Springfield, MA 01119
an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Springfield either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esq., at Springfield the 11th day of July, 2016
in the year of our Lord two thousand sixteen.

Laura S. Gentile, Esquire
CLERK OF COURTS

A TRUE COPY ATTEST
DEPUTY SHERIFF

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM No. 1

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ___7/18___, 20_16_, I served a copy of the within summons, together with a copy of the complaint, in this action, upon the within named defendant, in the following manner (See Mass. R. Civ. P. 4 (d)(1-5):

PAT CAMPBELL
41 MENDON AVE. PAWT
LAW OFFICE

Dated: ___7/18___, 20_16_

N.B. TO PROCESS SERVER:
PLEASE PLACE <u>DATE</u> YOU MAKE SERVICE ON DEFENDANT IN THIS BOX <u>ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.</u>

( 7/18 , 20 16 )

R. Nardolillo #25
DEPUTY SHERIFF